FILED

03/09/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0060

_____

IN THE MATTER OF:

K.N.C, K.L.C., and K.M.C.,                                O R D E R

       Youths in Need of Care.


_____


Upon consideration of Appellant Father's motion to consolidate, and good cause appearing therefore,

IT IS ORDERED that Cause Nos. DA 23-0060, DA 23-0061, and DA 23-0062 are hereby consolidated under Cause No. DA 23-0060 and captioned as above.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 9 2023